# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

KRISTEN F. HOTELLING,

    Defendant.

Case No. 3:11cr75 (1)

JUDGE WALTER H. RICE

---

## DECISION AND ENTRY TERMINATING DEFENDANT FROM SUPERVISED RELEASE

---

Defendant has written this Court a letter, seeking the termination of her supervised release. Upon contacting the two United States Probation Officers involved in the supervision of Defendant, Malissa Minard and Sharita Hill, this Court has found that Defendant has satisfied her special conditions of supervision and has been compliant with each and every condition of same, i.e., completing her community service, receiving her GED and submitting negative urine screens. Accordingly, it is the order of the Court that this Defendant is hereby ordered terminated from supervised release on the date and time of the filing of this Entry.

April 6, 2018

WALTER H. RICE
UNITED STATES DISTRICT JUDGE

Copies to:

Counsel of record
Sharita Hill, USPO
Malissa Minard, USPO